209-06/MU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                    Plaintiff,

      -against-

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

                    Defendant.
-----------------------------------------------------------x

JUDGE SWAIN

06 CV 3534

**RULE 7.1 STATEMENT**

Plaintiff GENERAL NATIONAL MARITIME TRANSPORT COMPANY, by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 10, 2006

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                GENERAL NATIONAL MARITIME
                                TRANSPORT COMPANY,

                By: _____
                        Michael E. Unger (MU 0045)
                        80 Pine Street
                        New York, NY 10005
                        (212) 425-1900
                        (212) 425-1901 fax

NYDOCS1/260769.1