209-06/MU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                  Plaintiff,

   -against-

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

                  Defendant.
------------------------------------------------------------x

JUDGE SWAIN
06 CV 3534

**CARNEVALE AFFIDAVIT**
**PURSUANT TO RULE B(1)**

State of New York  )
                        ) ss.:
County of New York  )

      BARBARA G. CARNEVALE, being duly sworn, deposes and says as follows:

      1.    I am an attorney associated with the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff herein.

      2.    This Affidavit is submitted pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure.

      3.    Deponent has made an investigation and deponent believes that based upon the results of this investigation, Defendant COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM), is a corporation or other business entity which cannot be "found"

within this District for the purpose of an attachment under Rule B. In support of this position, deponent has conducted the following investigation:

(a) Deponent contacted the office of the New York Department of State, Division of Corporations on May 9, 2006, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for the Defendant and the search result indicated that COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM) and/or CALTRAM is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or international corporation;

(b) Deponent consulted with Directory Assistance for New York on May 9, 2006 for area codes (212), (718), (917), (646), (347), (914), and (845) and no listing for COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM) and/or CALTRAM was located;

(c) Deponent reviewed the Journal of Commerce (Business Directory) Transportation Telephone Tickler, 2006 Edition (Vol. 1 New York Metropolitan Area) and no listings were found for COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM) and/or CALTRAM;

(d) Deponent accessed on May 9, 2006, through Microsoft Internet Explorer and Yahoo! Search engines the yellow pages telephone directory database and found no listing in that database for any office or agent of COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM) and/or CALTRAM in the State of New York;

(e) Deponent is unaware of any general or managing agent(s) within this

District for COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM).

4. Based upon the foregoing, your deponent submits that Defendant COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM) cannot be "found" within this District for the purpose of an attachment pursuant to Rule B and seeks an order of attachment against such tangible and intangible property of COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM) as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

                                                  Barbara G. Carnevale (BC 1651)

Sworn to before me this
9th day of May, 2006

_____
Notary Public

GLORIA J. REGIS HOSEIN
Notary Public, State of New York
No. 01RE6065625, Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 22, 2009