UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                    Plaintiff,

        -against-

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

                    Defendant.
-----------------------------------------------------------x

**ORDER APPOINTING SPECIAL
PROCESS SERVER PURSUANT
TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Michael E. Unger, sworn to on May 10,

2006, and good cause having been shown, it is hereby

**O R D E R E D** that Michael E. Unger, Lawrence Kahn, Daniel Fitzgerald, Pamela

Schultz, Jill Taft, Kerry Dinneen, Michael Elliott, Andrea Campbell, Robert Ridenour, Joan

Sorrentino, Barbara Carnevale or any other partner, associate, paralegal or agent of Freehill

Hogan & Mahar, LLP be and is hereby appointed, in addition to the United States Marshal, to

serve the Process of Attachment and Garnishment and the Verified Complaint, together with any

interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon

information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of,

Defendant.

Dated: New York, New York
        May 10, 2006

                                  _____
                                  U.S.D.J.

NYDOCS1/260764.1