CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GENERAL NATIONAL MARITIME           :
TRANSPORT COMPANY,                  :
                                    :
                Plaintiff,      :       **06-CV-3534 (LTS)**
                                    :
          v.                        :       **NOTICE OF**
                                    :       **APPEARANCE**
COMPAGNIE ALGERO-LIBYENNE DE        :
TRANSPORT MARITIME (CALTRAM),       :
                                    :
                Defendant.      :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 10, 2006

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch


                        By:   _____
                               Richard J. Reisert (RR-7118)
                               7800 River Road
                               North Bergen, NJ  07047
                               Tel: (201) 537-1200
                               Fax: (201) 537-1201
                               Email:  reisert@navlaw.com