CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                Plaintiff,                06-CV-3534 (LTS)

       v.

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

                Defendant.
-------------------------------------------------------------x

**REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH
TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT**

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Supplemental Process of Maritime Attachment and Garnishment in the captioned matter dated May 31, 2006, and served upon Garnishee Société Générale New York Branch on June 20, 2006 and on a continuous daily basis from that date through June 22, 2006 and thence from June 29, 2006 through the date of this report, Garnishee Société Générale New York Branch hereby states that on such dates of service, it was not indebted to the

defendant and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendant or monies to be paid to discharge a debt owed to the defendant, including monies being electronically transferred by, to or for the benefit of the defendant.

Dated: North Bergen, New Jersey
       July 10, 2006

>By:  CLARK, ATCHESON & REISERT
>     Attorneys for Garnishee
>     Société Générale New York Branch
>
>     *[signature]*
>     Richard J. Reisert (RR-7118)
>     7800 River Road
>     North Bergen, NJ  07047
>     Tel: (201) 537-1200
>     Fax: (201) 537-1201
>     Email: reisert@navlaw.com

TO:   CLERK OF THE COURT

      FREEHILL, HOGAN & MAHAR
      Attorneys for Plaintiff
      Attn:  Michael E. Unger, Esq. (Via email)

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Deputy Director of Litigation and Regulatory Affairs for Société Générale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Société Générale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 06-CV-3534, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Société Générale New York Branch's files, and conversations with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me this
10th day of July 2006.

_____
Notary Public

DANIEL K. ROSE, NOTARY PUBLIC
State of New York, No. 01RO6138608
Qualified in New York County
Commission Expires December 27, 2009