| | LAW OFFICES OF | |
|---|---|---|
| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH*<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR.▲<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI†<br>MICHAEL FERNANDEZ·<br>JOHN F. KARPOUSIS*▲<br>MICHAEL E. UNGER*†<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA*▲<br>BARBARA G. CARNEVALE*<br>MANUEL A. MOLINA<br>LAWRENCE J. KAHN*<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ*°<br>DANIEL J. FITZGERALD*†▲<br>JILL A. TAFT<br>MICHAEL C. ELLIOTT*<br><br>* ALSO ADMITTED IN NEW JERSEY<br>† ALSO ADMITTED IN CONNECTICUT<br>▲ ALSO ADMITTED IN WASHINGTON, D.C.<br>° ALSO ADMITTED IN LOUISIANA | FREEHILL HOGAN & MAHAR LLP<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br><br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com<br><br>August 30, 2006 | NEW JERSEY OFFICE<br>850 BERGEN AVENUE<br>JERSEY CITY, N.J. 07306<br>TELEPHONE (973) 623-5514<br>FACSIMILE (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4538<br>TELEPHONE: (203) 921-1913<br>FACSIMILE (203) 358-8377 |



Our Ref: 209-06/MEU

*Via Facsimile (212) 805-0426*

Honorable Laura Taylor Swain
United States District Judge
U.S. District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 1205
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   GENERAL NATIONAL MARITIME TRANSPORT COMPANY
      v. COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT
      MARITIME (CALTRAM)
      **SDNY: 06 Civ. 3534 (LTS)**

Dear Judge Swain:

We are the attorneys for plaintiff General National Maritime Transport Company in the above action which is scheduled for an initial conference on September 6, 2006 at 10:00 a.m. This is a Rule B attachment action in which we have obtained full security for Plaintiff's claims against the Defendant Compagnie Algero-Libyenne De Transport Maritime ("CALTRAM"). As we have provided notice of the restraint to CALTRAM as require by Local Rule B.2, to date we have not received any response from CALTRAM. The merits of the dispute between Plaintiff and Defendant will be resolved in the London arbitration which is now ongoing. This action serves only to provide security for Plaintiff's claims against Defendant in that arbitration. Accordingly, we respectfully request that the conference be adjourned for a period of ninety days in order to allow additional time to communicate with CALTRAM and for the London arbitration to proceed.

NYDOCS1/267910.1

August 30, 2006
Page 2

We thank the court for its courtesy and consideration of this request.

                                              Respectfully,
                                              FREEHILL HOGAN & MAHAR LLP

MEU:smm                                    Michael E. Unger

*This action is hereby placed on the Court's suspense calendar pending conclusion of the arbitration. Plaintiff shall make a written report to the Court as of January 1, 2007 and each July 1 and January 1 thereafter as to the status of the arbitral proceeding and whether the case should be maintained on the suspense calendar, dismissed or reopened.*

                                                                   SO ORDERED.

                                                       8/31/2006
                                               LAURA TAYLOR SWAIN
                                               UNITED STATES DISTRICT JUDGE