209-06/MU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                              06 CIV 3534 (LTS)

            Plaintiff,

  -against-                        **AFFIDAVIT OF SERVICE**

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

            Defendant.
----------------------------------------------------------------x

STATE OF NEW YORK    :
                            : ss.:
COUNTY OF NEW YORK  :

      MANUEL A. MOLINA, being duly sworn, deposes and says:

      1.    I am not a party to the action, am over 18 years of age and have an office address at 80 Pine Street, New York, New York 10005.

      2.    On September 1, 2006, I served a copy of the within Memorandum Endorsed from the Honorable Laura Taylor Swain, dated August 31, 20006, upon Defendant:

Compagnie Algero-Libyenne de
Transport Maritime (CALTRAM)
19, rue des Frères Bouadou
Birmandreis, Alger
Algeria
16300

NYDOCS1/268082.1

by placing same in a Federal Express envelope addressed to Defendant (as described above) and in the exclusive care and custody of Federal Express, International Priority.

*[signature]*
MANUEL A. MOLINA

Sworn to before me on the
5th day of September 2005

*[signature]*

NOTARY PUBLIC

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.∆
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*∆
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*⁰
DANIEL J. FITZGERALD*†∆
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
∆ ALSO ADMITTED IN WASHINGTON, D.C.
⁰ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

September 1, 2006

OUR REF: 209-06/MEU

**Via FedEx**

Compagnie Algero-Libyenne de
Transport Maritime (CALTRAM)
19, rue des Frères Bouadou
Birmandreis, Alger
Algeria
16300

Re:  General National Maritime Transport Co. v. Compagnie Algero-Libyenne de Transport Maritime (CALTRAM)
     SDNY: 06 CIV 3534 (LTS)

Dear Sirs:

We are attorneys for Plaintiff General National Maritime Transport Co. in the above-referenced matter which concerns a dispute between Plaintiff and CALTRAM regarding a breach of a maritime contract of charter party for the M/V JAREF.

Enclosed herewith, pursuant to the Order of the United States District Court for the Southern District of New York, please find a copy of a self-explanatory directive received from that Court.

Very truly yours,

FREEHILL HOGAN & MAHAR LLP

*Manuel A. Molina*

Manuel A. Molina

NYDOCS1/268074.1

CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 805-0417

# FAX COVER SHEET

Date: ____August 31, 2006_____

FAX NUMBER TRANSMITTED TO: __(212) 425-1901

To: Michael E. Unger, Esq.

_____

_____

_____

_____

_____

_____

_____

  **It is ordered that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to chambers.**

NUMBER OF PAGES ____2____ NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (212) 805-0417.

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ◊
DANIEL J. FITZGERALD*▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
' ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4526
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

August 30, 2006

Our Ref: 209-06/MEU

_Via Facsimile (212) 805-0426_

Honorable Laura Taylor Swain
United States District Judge
U.S. District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 1205
New York, NY 10007

## MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   GENERAL NATIONAL MARITIME TRANSPORT COMPANY
      v. COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT
      MARITIME (CALTRAM)
      SDNY: 06 Civ. 3534 (LTS)

Dear Judge Swain:

    We are the attorneys for plaintiff General National Maritime Transport Company in the above action which is scheduled for an initial conference on September 6, 2006 at 10:00 a.m. This is a Rule B attachment action in which we have obtained full security for Plaintiff's claims against the Defendant Compagnie Algero-Libyenne De Transport Maritime ("CALTRAM"). As we have provided notice of the restraint to CALTRAM as require by Local Rule B.2, to date we have not received any response from CALTRAM. The merits of the dispute between Plaintiff and Defendant will be resolved in the London arbitration which is now ongoing. This action serves only to provide security for Plaintiff's claims against Defendant in that arbitration. Accordingly, we respectfully request that the conference be adjourned for a period of ninety days in order to allow additional time to communicate with CALTRAM and for the London arbitration to proceed.

NYDOCS1/267910.1

August 30, 2006
Page 2

We thank the court for its courtesy and consideration of this request.

Respectfully,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU:smm

This action is hereby placed on the Court's suspense calendar pending conclusion of the arbitration. Plaintiff shall make a written report to the Court as of January 1, 2007 and each July 1 and January 1 thereafter as to the status of the arbitral proceeding and whether the case should be maintained on the suspense calendar, dismissed or reopened.

SO ORDERED.

8/31/2006
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NYDOCS1/267910.1              FREEHILL, HOGAN & MAHAR LLP

                                                          TOTAL P.03