209-06/MU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                              06 CIV 3534 (LTS)

        Plaintiff,

  -against-                            **AFFIDAVIT OF SERVICE**

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

        Defendant.
-----------------------------------------------------------------x

STATE OF NEW YORK   :
                              : ss.:
COUNTY OF NEW YORK  :

       MANUEL A. MOLINA, being duly sworn, deposes and says:

       1.    I am not a party to the action, am over 18 years of age and have an office address at 80 Pine Street, New York, New York 10005.

       2.    On January 4, 2007, I served a copy of the within Memorandum Endorsed from the Honorable Laura Taylor Swain, dated January 3, 2007, upon Defendant:

Compagnie Algero-Libyenne de
Transport Maritime (CALTRAM)
19, rue des Frères Bouadou
Birmandreis, Alger
Algeria
16300

NYDOCS1/275370.1

by placing same in a Federal Express envelope addressed to Defendant (as described above) and in the exclusive care and custody of Federal Express, International Priority.

*/s/ Manuel A. Molina*
MANUEL A. MOLINA

Sworn to before me on the
4th day of January 2007

*/s/ Clare Henry*
NOTARY PUBLIC

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009

**CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT JUDGE**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 805-0417

# FAX COVER SHEET

Date:___January 4, 2007_____

FAX NUMBER TRANSMITTED TO: __(212) 425-1901

To:   Michael E. Unger, Esq.

_____

_____

_____

_____

_____

_____

<u>It is ordered that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to chambers.</u>

NUMBER OF PAGES ___1___ NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (212) 805-0417.

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
### 80 PINE STREET
### NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.*
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*
DANIEL J. FITZGERALD*▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

January 2, 2007

Our Ref: 209-06/MEU

<u>Via Facsimile (212) 805-0426</u>
Honorable Laura Taylor Swain
United States District Judge
U.S. District Court
Southern District of New York
40 Centre Street, Room 1205
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   GENERAL NATIONAL MARITIME TRANSPORT COMPANY
      v. COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT
      MARITIME (CALTRAM)
      SDNY: 06 Civ. 3534 (LTS)

Dear Judge Swain,

We are the attorneys for plaintiff General National Maritime Transport Company in the above action which the Court has placed on its suspense docket pursuant to the Order dated August 31, 2006 pending conclusion of the London arbitration between the parties. As requested, we provide an update on the status of the arbitration.

We are advised that the respective submissions of the parties will be fully given to the Panel by the end of January, 2007 with a decision expected within one month or so thereafter. Accordingly, we request the Court continue to maintain this action on its suspense docket pending completion of the arbitration.

*This matter will remain on the suspense docket pending the next status report.*

Respectfully,

FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

**SO ORDERED.**

/s/ Laura Taylor Swain  3 Jan 2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

MEU/mc
NYDOCS1/275132.1

TOTAL P.02