LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.^
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*^
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*^
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*
DANIEL J. FITZGERALD*†^
JILL A. TAFT
MICHAEL C. ELLIOTT*

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
^ ALSO ADMITTED IN WASHINGTON, D.C.
\* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/07

January 2, 2007

Our Ref: 209-06/MEU

**_Via Facsimile (212) 805-0426_**
Honorable Laura Taylor Swain
United States District Judge
U.S. District Court
Southern District of New York
40 Centre Street, Room 1205
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: GENERAL NATIONAL MARITIME TRANSPORT COMPANY
v. COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM)
SDNY: 06 Civ. 3534 (LTS)

Dear Judge Swain,

We are the attorneys for plaintiff General National Maritime Transport Company in the above action which the Court has placed on its suspense docket pursuant to the Order dated August 31, 2006 pending conclusion of the London arbitration between the parties. As requested, we provide an update on the status of the arbitration.

We are advised that the respective submissions of the parties will be fully given to the Panel by the end of January, 2007 with a decision expected within one month or so thereafter. Accordingly, we request the Court continue to maintain this action on its suspense docket pending completion of the arbitration.

*This matter will remain on the suspense docket pending the next status report.*

Respectfully,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

**SO ORDERED.**
3 Jan 2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

MEU/mc
NYDOCS1/275137.1