U.S. DISTRICT COURT FILED JUL 02 2007 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL NATIONAL MARITIME TRANSPORT COMPANY.,

-V-

COMPAGNIE ALGERO-LIEBYENNE DE TRANSPORT MARITIME(CALTRAM),

Defendant.

**CERTIFICATE OF MAILING**

06 CV 3534 (LTS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**2nd Day of July, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**10th Day of May, 2006**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, seeurely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**828 7827 726**

J. Michael McMahon

CLERK

Dated: New York, NY

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
reception@freehill.com
www.freehill.com

TAX ID NO.: 13-1985797

June 28, 2007

Our Ref: 0209-0600 (MEU)

**BY HAND**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
INTERNATIONAL SHIPMENT WAYBILL

828 7827 726

ORIGIN | DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to [X] Shipper [ ] Receiver [ ] 3rd Party
[ ] Cash [ ] Check [ ] Credit Card
Payer Account No.
Shipment Value Protection (see reverse)
[ ] Yes Declared Value for Carriage (in US $)
Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number: 765514650
Contact Name
Shipper's Reference (up to 35 characters): 0209-0600(MEU)
Company Name: FREEHILL HOGAN & MAHAR
Address: 24th FL, 80 PINE ST FL 24, NEW YORK NY
Post/ZIP Code (required): 10005-1759
Phone, Fax, or E-mail (required): (212) 425-1900

**3 To (Receiver)**

Company Name
Contact Person
Delivery Address DHL Cannot Deliver to a PO Box
Country
Post/ZIP Code (required)
Phone, Fax, or E-mail (required)

**4 Shipment Details**

Total number of packages: 1
Total Weight — If DHL Express Document packaging used, enter XD. lbs
Dimensions (in inches): Pieces, Length, Width, Height

**5 Full Description of Contents**

Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER | TYPE OF EXPORT [ ] Permanent [ ] Repair/Return [ ] Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
[ ] Receiver [X] Shipper [ ] Other (Specify approved account number)
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required) [signature] Date 6/28/07

**8 Products & Services**

Not all products or service options are available to/from all locations.
[ ] International Express Envelope
[ ] Non-Dutiable (International Document Service)
[ ] Dutiable (Worldwide Priority Express)
[ ] Other
Service Options (extra charges may apply)
[ ] Saturday Delivery [ ] Special Pickup
[ ] Delivery Notification [X] Signature Required
Other
Global Mail
[ ] Int. Priority [ ] Int. Standard [ ] IPA [ ] ISAL
[ ] Dom. Priority [ ] Dom. Standard
Other
DIMENSIONAL/CHARGEABLE WEIGHT lbs
SERVICES | CHARGES
Drop Box # | TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No.:
Type Expires
Auth.
PICKED UP BY
Route No.
Time Date

Very truly yours,
FREEHILL, HOGAN & MAHAR

[signature]
Jan P. Gisholt

NYDOCS1/285487.1