AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

## APPEARANCE

Case Number: 06 CIV. 3534 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

COMPAGNIE ALGERO-LIBYENNE de TRANSPORT MARITIME (CALTRAM)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/10/2007 | *[signature]* |
| Date | Signature |

| | |
|---|---|
| Patrick F. Lennon | PL-2162 |
| Print Name | Bar Number |

The GrayBar Building, 420 Lexington Ave., Suite 300
Address

| | | |
|---|---|---|
| New York | NY | 10170 |
| City | State | Zip Code |

| | |
|---|---|
| (212) 490-6050 | (212) 490-6070 |
| Phone Number | Fax Number |