# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GENERAL NATIONAL MARITIME TRANSPORT COMPANY,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM),

**06 CV 3534**

**JUDGE SWAIN**

TO: (Name and address of defendant)

COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM)
19, rue des Freres Bouadou
Birmandreis, Alger, Algeria

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FREEHILL, HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: Michael E. Unger, Esq.

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

MAY 10 2006

DATE

209-06/MU
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                Plaintiff,

06 CIV. 3534 (LTS)

-against-

**AFFIDAVIT OF SERVICE**

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

                Defendant.
------------------------------------------------------------x
STATE OF NEW YORK   :
                              : ss.:
COUNTY OF NEW YORK :

       JAN P. GISHOLT, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in New York County, City and State of New York.

       On the 10th day of September, 2007, deponent served the within **SUMMONS, VERIFIED COMPLAINT and JUDGE'S RULES** upon:

Compagnie Algero-Libyenne de Transport Maritime (CALTRAM) c/o
Bentleys, Stokes and Lowless
International House
1 St. Katherine's Way
London
E1W 1YL
United Kingdom
Attn: Mr. Oz de Sybel

       the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of DHL.

                                                                         _____
                                                                         JAN GISHOLT

Sworn to before me on the
11th day of October, 2007

_____
NOTARY PUBLIC

NYDOCS1/291685.1

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2009

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI[1]
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*[1]
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°[1]
DANIEL J. FITZGERALD*[1]△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT[1]

* ALSO ADMITTED IN NEW JERSEY
[1] ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

September 10, 2007

Our Ref: 209-06/MEU

Compagnie Algero-Libyenne de Transport Maritime (CALTRAM) c/o
Bentleys, Stokes and Lowless
International House
1 St. Katherine's Way
London
E1W 1YL
United Kingdom
Attn: Mr. Oz de Sybel

By DHL

**Re: General National Maritime Transport Company v. Compagnie Algero-Libyenne de Transport Maritime (CALTRAM) / U.S. District Court for the Southern District of New York Docket No. 06 CV 3534**

Dear Mr. de Sybel:

    Enclosed please find a copy of the Summons, Complaint and Judge's Rules in the above-referenced action. We are hereby serving defendant Compagnie Algero-Libyenne de Transport Maritime (CALTRAM) via your firm pursuant to Judge Swain's Order dated August 22, 2007.

Very truly yours,

FREEHILL HOGAN & MAHAR LLP

Jan P. Gisholt



Contac



| Ship | Track | Services | About DHL | Help |

DHL USA Home   DHL Global



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

**Log in to DHL**

User ID
Password

☐ Remember my User ID

Log in ▶

▶ Forgot password/user ID?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

# Track results detail                                          ▶ Pri

Current status for 8255659845...

**Shipment delivered.** ✓

Delivered on:   9/13/2007  10:33 am
Delivered to:
Signed for by:  K WEBB    What is this?

## Tracking history...

| Date and time | | Status | DHL Facility Location |
|---|---|---|---|
| 9/13/2007 am | 10:33 | Shipment delivered. | London-heathrow, United Kingdom W |
| | 8:05 am | With delivery courier. | London-heathrow, United Kingdom |
| | 6:44 am | Arrived at DHL facility. | London-heathrow, United Kingdom |
| | 3:49 am | Depart Facility | East Midlands, United Kingdom |
| 9/12/2007 pm | 9:26 | Transit through DHL facility | East Midlands, United Kingdom |
| | 7:24 am | In transit. | Wilmington - Clinton Field, OH |
| | 7:19 am | Depart Facility | Wilmington - Clinton Field, OH |
| 9/11/2007 pm | 9:25 | In transit. | Runnemede, NJ |
| | 12:04 pm | Shipment arrived at incorrect facility. Sent to correct destination. | Runnemede, NJ |
| | 9:16 am | Address information needed; contact DHL Customer Service. | Runnemede, NJ |
| | 7:59 am | Arrived at DHL facility. | Runnemede, NJ |
| | 5:20 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 2:01 am | In transit. | Wilmington - Clinton Field, OH |
| 9/10/2007 pm | 8:30 | Departing origin. | New York Midtown, NY |
| | 8:19 pm | Shipment picked up | New York Midtown, NY |

## Shipment details...

| From | To | Shipment Information |

| New York Midtown, NY United States | | Shipment Label Created: 9/<br>Pieces: 1<br>Total weight: 1 lb  Note on w<br>Ship type: |
|---|---|---|
| Attention: | Attention: | Shipment reference:<br>Service:<br>Special Service:<br>Description: |

▶ Track new shipment

Tracking detail provided by DHL: 10/11/2007, 11:48:45 am pt.

## Next Day service guaranteed.

Open an account today and we'll guarantee your package arrives by 10:30 am the next day.

▶ Sign up now for 10% off

## Questions?

We're here to help!

▶ Contact DHL

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.