LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.*
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*
DANIEL J. FITZGERALD*
MICHAEL C. ELLIOTT*
JAN P. GISHOLT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

October 10, 2007

OUR REF: 209-06



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 1 2007

*Via Facsimile (212) 805-0426*

Honorable Laura Taylor Swain
United States District Judge
U.S. District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 1205
New York, NY 10007

Page 1 of 4

## MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: GENERAL NATIONAL MARITIME TRANSPORT COMPANY
v. COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM)
SDNY: 06 Civ. 3534 (LTS)

-----------------------------------------------------------------

Dear Judge Swain:

We are attorneys for plaintiff General National Maritime Transport Company ("GNMTC") in the above-referenced action. This is a Rule B attachment action in which we have obtained security for Plaintiff's claims against Defendant Compagnie Algero-Libyenne De Transport Maritime ("CALTRAM").

On August 22, 2007 Your Honor issued an Order (Attachment 1) providing that service of the Summons and Complaint in the referenced matter via DHL, upon Defendant CALTRAM at its office in Tripoli, Libya, together with service via DHL upon Defendant's Attorney of

NYDOCS1/291542.1

October 10, 2007
Page 2

Record in the London arbitration between Plaintiff and Defendant shall be deemed authorized service of process upon Defendant.

Pursuant to Your Honor's Order, we successfully served Defendant's London counsel, and DHL confirmed that service was delivered on September 13, 2007 (Attachment 2). However, our efforts to serve Defendant at their office in Libya have not been successful. Our client has confirmed that the address supplied to DHL is correct, that Defendant currently has an office in the building in Tripoli, Libya and that there is a large sign on the façade with the name CALTRAM written in Arabic.

Nevertheless, DHL have advised that the package cannot be delivered to the address supplied as persons at that address claim CALTRAM is not there. Based on the foregoing, it appears that Defendant is purposefully attempting to avoid service of process. We respectfully request that Your Honor issue a revised Order providing that service via DHL upon Defendant CALTRAM's London attorneys only be deemed authorized service of process on Defendant in the above-referenced matter. (The London attorneys continue to represent CALTRAM with respect to this matter and no doubt have the means and obligation to inform their client of the pending application.) This request for a revised Order is made pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

We thank the Court for its attention to the foregoing.

Respectfully Submitted

FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU/JPG
Attachments

SO ORDERED:

*The request is denied, without prejudice to renewal on notice to Caltram's London attorneys and with evidentiary support as to the factual proffers concerning the Tripoli address and efforts to serve Caltram there.*

Dated: New York, New York
October 11, 2007

HON. LAURA TAYLOR SWAIN, U.S.D.J.

NYDOCS1/291542.1

FREEHILL, HOGAN & MAHAR LLP