AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GENERAL NATIONAL MARITIME TRANSPORT COMPANY,

**SUMMONS IN A CIVIL CASE**

V.

COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM),

CASE NUMBER:

**06 CV 3534**

**JUDGE SWAIN**

TO: (Name and address of defendant)

COMPAGNIE ALGERO-LIBYENNE DE TRANSPORT MARITIME (CALTRAM)
19, rue des Freres Bouadou
Birmandreis, Alger, Algeria

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FREEHILL, HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: Michael E. Unger, Esq.

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

MAY 10 2006

DATE

209-06/MU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                                              **06 CIV. 3534 (LTS)**

                Plaintiff,

    -against-                                      **AFFIDAVIT OF SERVICE**

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

                Defendant.
------------------------------------------------------------x

STATE OF NEW YORK    :
                                  : ss.:
COUNTY OF NEW YORK  :

       JAN P. GISHOLT, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in New York County, City and State of New York.

       On the 10th day of September, 2007, deponent served the within **SUMMONS, VERIFIED COMPLAINT and JUDGE'S RULES** upon:

Compagnie Algero-Libyenne de Transport Maritime (CALTRAM)
13 Ebn Zeydoun Street
(Near Jamila El-Zmarly College)
Tripoli, Libya

       the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of DHL.

                                                              _____
                                                              JAN GISHOLT

Sworn to before me on the
25th day of February, 2008

_____
NOTARY PUBLIC

MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/1/08

NYDOCS1/299522.1

# DHL INTERNATIONAL SHIPMENT WAYBILL

REORDER 7605194458-0   QTY 100

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

Waybill No: 7405070481
Origin: WTC
Destination Code: 3
Date: 8/29/07

## 1. Payer account number and shipment value protection details

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.: 7605194458
Shipment Value Protection (see reverse): ☐ Cash ☐ Check ☐ Credit Card
☐ Yes Declared Value for Carriage (in US $)

## 2. From (Shipper)

Shipper's Account Number: 7605194458
Shipper's Reference (up to 35 characters): 204/06/MSU/JPG
Company Name: FREEHILL, HOGAN & MAHAR
Contact Name: J. Gisholt
Address: PETER MCCARTHY 24TH FLOOR
80 PINE ST FL 24
NEW YORK NY
Post/ZIP Code: 100051759
Phone: 1212425-3400

## 3. To (Receiver)

Company Name: Compagnie Algero-Libyenne de Transport Maritime (CALTRAM)
Contact Name:
Delivery Address:
13 ebn Zeydoun Street
(Near Jamila El-Zmaily College)
Tripoli
Country: LIBYA
Phone, Fax, or E-mail:

## 4. Shipment Details

Total number of packages: 1
Total Weight: lbs
Dimensions (in inches): Length x Width x Height

## 5. Full Description of Contents

Legal Documents

## 6. Dutiable Shipments Only

Attach the original and four copies of a Proforma or Commercial Invoice.
Declared Value for Customs (in US $):
Legal Docs #16034041

## 7. Shipper's Authorization (signature required)

Signature: [signed]
Date: 9/10/07

## 8. Products & Services

☒ Non-Dutiable (International Document Service)
☐ International Express (Worldwide Priority Express)

Service Options:
☐ Saturday Delivery
☐ Delivery Notification
☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISA
☐ Dom. Priority  ☐ Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT: lbs
SERVICES / CHARGES
Drop Box # / TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
PICKED UP BY: Auth. Type Expires
Route No.   Time   Date

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324   Shipper's Copy

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.∆
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*∆
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†∆
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
∆ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

September 10, 2007

Our Ref: 209-06/MEU

Compagnie Algero-Libyenne de Transport Maritime (CALTRAM)
13 Ebn Zeydoun Street
(Near Jamila EL-Zmarly College)
Tripoli, Libya

By DHL

**Re: General National Maritime Transport Company v. Compagnie Algero-Libyenne de Transport Maritime (CALTRAM) / U.S. District Court for the Southern District of New York Docket No. 06 CV 3534**

Dear Sirs:

Enclosed please find a copy of the Summons, Complaint and Judge's Rules in the above-referenced action. We are hereby serving these documents pursuant to Judge Swain's Order dated August 22, 2007.

Very truly yours,

FREEHILL HOGAN & MAHAR LLP

Jan P. Gisholt

Fax sent by :          SIFAX                    01-02-08 13:17   Pg: 1

FROM: Patricia Rodriguez

DATE: Jan. 02/08

PHONE: (877-297-6031) Ext.4580
FAX:   (928) 222-8499

COMPANY: _____

CONTACT: Jon P. Gushall

(DOM)/INTL (CIRCLE ONE)

FAX #: (212) 425-1901

DHL AIRWAYBILL #: 7405070481

THERE ARE __1__ PAGES ATTACHED TO THIS COVER PAGE.

_____  HARD COPY PROOF OF DELIVERY
               SEE LINE # _____

_____  REQUESTED LETTER

_____  COPY OF DHL AIRWAYBILL

_____  MISCELLANEOUS

_____  REQUEST FOR ADDITIONAL INFORMATION

COMMENTS:
_____
_____
_____

*PLEASE CALL ME IF I CAN BE OF FURTHER ASSISTANCE!*
*THANK YOU FOR SHIPPING WITH DHL EXPRESS!*

Fax sent by :                    SIFAX                         01-02-08 13:18   Pg: 2



December 12, 2007

Freehill, Hogan & Mahar LLP
80 Pine Street
New York, NY. 10005
Telephone# (212)425-1900
Fax# (212)425-1901

Airway bill: 7405070481
Company name: Compagnie Algero-Libyenne de Transport Maritime
Shipper: Jan P. Gishott
Address: 13 Ebn Zeydoun Street Adahra
Country: Tripoli, Libya

Dear valued customer,

In response to your inquiry concerning the above referenced shipment, DHL Express has traced this shipment through our shipping cycle and has ascertained the following:

Please be advised the package was delivered on November 21, 2007 and it was signed for by: Mahmmed Mali.

DHL sincerely regrets any inconvenience that may have resulted with regards to this shipment. We value our relationship with our customers and hope you will allow us to continue providing services to your company.

Sincerely,

Patricia Rodriguez
Service Inquiry Research Specialist
1(877)297-6031 ext 4580

1144 W. Washington St.       Phone: 1 800 225-5345
Tempe, AZ 85281              www.dhl.com