UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

GENERAL MARITIME TRANSPORT CO.
                Plaintiffs,

-v-

COMPANGNIE ALGERO-LIBYENNE DE TRANSPORT,

                Defendant.
------------------------------------------------------------
LAURA TAYLOR SWAIN, District Judge
------------------------------------------------------------ X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: APR 11 2008**

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

06 Civ. 3534 (LTS)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_x\_ Specific Non-Dispositive Motion/Dispute:*

Any disputes relating to briefing of motion for confirmation of arbitration award and attorneys' fees._____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_X\_ Settlement* (Principals to participate as required by Magistrate Judge)

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: \_\_\_\_

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
             April 11, 2008

                                       LAURA TAYLOR SWAIN
                                       United States District Judge