209-06/MEU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 7 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GENERAL NATIONAL MARITIME
TRANSPORT COMPANY,

                   Plaintiff,

- against --

COMPAGNIE ALGERO-LIBYENNE DE
TRANSPORT MARITIME (CALTRAM),

                   Defendants.
------------------------------------------------------------x

06 CIV. 3534 (LTS)

**STIPULATON & ORDER DIRECTING RELEASE OF FUNDS AND DISCONTINUANCE OF ACTION**

      **WHEREAS** this action was commenced on May 10, 2006 by Plaintiff in order to obtain security for a then pending London arbitration with Defendant, and

      **WHEREAS** funds have been restrained by garnishee Bank of New York pursuant to the Process of Maritime Attachment and Garnishment (PMAG) authorized to be issued by the Court; and

      **WHEREAS** a Final Arbitral Award was issued in Plaintiff's favor on June 7, 2007 and a Final Award on costs was issued in Plaintiff's favor on January 30, 2008; and

      **WHEREAS** the parties have agreed to a settlement of the amounts due under the arbitration awards and the Plaintiff's claims asserted in this action and that the settlement should be paid from the funds restrained pursuant to the PMAG;

      **IT IS HEREBY STIPULATED AND AGREED** that the sum of $453,317.07 is to be paid to Plaintiff by garnishee Bank of New York from the restrained funds pursuant to instructions to be provided to the bank by Plaintiff's counsel; and

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that the remainder of the funds held by garnishee Bank of New York, $150,975.88 (together with any interest

NYDOCS1/304746.1

earned thereon) shall be paid to Defendant pursuant to instructions to be provided to the bank by Defendant's counsel; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this action be discontinued with prejudice and without costs as to either party. The clerk of Court is respectfully requested to terminate all pending motions and close this case.

Dated: New York, New York
May 22, 2008

_____
Michael E. Unger, Esq.
Freehill Hogan & Mahar, LLP
Attorneys for Plaintiff
80 Pine Street, 24th Floor
New York, New York 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

_____
Patrick Lennon, Esq.
Lennon, Murphy & Lennon, LLC
Attorneys for Defendant
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
Fax: (212) 490-6070

**SO ORDERED:**

May 27, 2008

_____
Hon. Laura Taylor Swain, U.S.D.J.